UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TY RUNYAN,<br><br>       Plaintiff,<br><br>vs.<br><br>LENDING CLUB CORPORATION, et al.,<br><br>       Defendants. | Case No: C 20-3030 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

This Court previously scheduled a telephonic Case Management Conference ("CMC") for September 3, 2020. Plaintiff timely appeared for the CMC but Defendant Equifax Information Services, LLC, the only remaining party-defendant, did not. As such, the Court rescheduled the CMC for September 30, 2020 at 3:15 p.m. On September 30, 2020, the Court appeared on the conference call line at 3:15 p.m. and remained on the line until 3:30 p.m. Neither party appeared for the CMC during that time period, as previously ordered.

The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause why the instant action should not be dismissed under Rule 41(b) and/or monetary sanctions imposed for failure to comply with a Court order. Within seven (7) days of the date this order is filed, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE

DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

    IT IS SO ORDERED.

Dated:  09-30-20

                                           _____
                                           SAUNDRA BROWN ARMSTRONG
                                           Senior United States District Judge