UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TY RUNYAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LENDING CLUB CORPORATION, et al.,<br><br>　　　　Defendants. | Case No:  C 20-3030 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

On September 30, 2020, the Court issued an Order to Show Cause ("OSC"), which directed the parties to show cause why the action should not be dismissed and/or sanctions imposed based on their failure to appear at the Case Management Conference scheduled that afternoon.  Dkt. 25.  The Court set a deadline of October 7, 2020, for the parties to submit their responses.  Id.  The Court has received no response to the OSC.  However, on October 1, 2020, the parties submitted a notice informing the Court that they have settled their dispute.  Dkt. 26.  The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not realized, any party may move to reopen the case and a case management conference will be reset, provided such motion is filed within thirty days of the date this order is filed.

IT IS SO ORDERED.

Dated:  10-09-20

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge